# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24-cr-88-SDM-AAS
8:24-mj-1521-AAS

DAVID FERNANDO JIMENEZ GOMEZ

## ORDER OF RELEASE

It is ORDERED:

1. That the conditions of release are established as set forth below.

2. That the United States Marshal is directed to release the above-named Defendant upon his agreement, in writing, to comply with the following conditions of release.

ENTERED in Tampa, Florida on April 8, 2024.

AMANDA ARNOLD SANSONE
U.S. MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices. This Court has attempted to find out when next hearing date will be in the Southern District of New York and was unable to do so.

1

2. Defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining permission from Pretrial Services. The Court allows defendant to travel to the Southern District of New York for planned meetings with attorney or court appearances.

3. Defendant must not change his present address in Kissimmee Florida at 3220 Agostino Terrace, Kissimmee, FL 34746 without prior approval from the United States Pretrial Services Agency (Pretrial Services). Defendant must keep Pretrial Services informed of any telephone number changes.

4. Defendant must not commit a federal, state, or local crime during the period of his release. Defendant must inform Pretrial Services immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

   * Defendant must report to Pretrial Services as directed.

   * Defendant must avoid all contact with potential witnesses or victims in the case in the Southern District of New York's co-defendants, except that this restriction does not apply to members of Defendant's immediate family and does not prohibit Defendant's counsel from contacting witnesses as necessary to prepare the defense nor does it prohibit Defendant from contacting witnesses as necessary to cooperate with the

Government.

* Defendant may not use or possess any firearms, dangerous weapons, or destructive devices.

* Defendant must surrender his passport to Pretrial Services. Upon being placed on probation, being taken into custody for imposition of sentence, dismissal, or not guilty verdict, Defendant will have 180 days to file a motion requesting the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.

* Defendant may not obtain a passport or any new travel documents.

* Defendant must maintain full time legitimate employment.

* Defendant must participate in one of the following location restriction programs and abide by the requirements of the program which ( X ) will or (   ) will not include electronic location monitoring or other location verification system at the discretion of Pretrial Services. Defendant must pay all or part of the cost of the program based upon Defendant's ability to pay as determined by Pretrial Services.

    (   ) **Stand Alone Monitoring**. Defendant has no residential curfew, home detention, or home incarceration restrictions. However, Defendant must comply with the location or travel restrictions as imposed by the court and compliance will be monitored by GPS.
    (   ) **Curfew**. Defendant is restricted to his/her residence every day from _____ to _____, or otherwise as directed by Pretrial Services, and Defendant's compliance must be monitored as directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS

3

monitoring; or

( X ) **Home Detention.** Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services, and Defendant's compliance must be monitored as directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS monitoring; or

(   ) **Home Incarceration.** Defendant is restricted to 24-hour-a-day lock-down at his residence except for medical necessities, court appearances, and other activities specifically approved by the Court. Defendant's compliance must be monitored as directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS monitoring.

*     Defendant must post a bond in an amount totaling $100,000.00 with a cash deposit of $10,000.00 to the registry of the court at the Clerk's Office in Orlando Division or Tampa Division due by tomorrow, April 9th, 2024. If defendant wishes to secure bond by a Forfeiture agreement, counsel is to notify the court.

7. A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of any bond.

   Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

   Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

8. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release,

4

he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

(a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b) an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release may be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed in Tampa, Florida, this _8_ day of Apr

_____    _____
WITNESS                        DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are:  813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida  33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is:  813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services Agency is 813/225-7648, and the toll-free number is 1/800/676-0125.

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: Requests to travel outside the area permitted in this document must be submitted **at least three**

**(3) BUSINESS** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement may result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.