UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:24-cr-88-SDM-NHA

DAVID FERNANDO JIMENEZ GOMEZ

STATUS
REPORT FOR APRIL 10, 2024

The United States of America submits this status report, advising the Court of the current status of the case.

**1.  Brief summary of the case's status**

In 2002, U.S. citizen David Fernando Jimenez Gomez, born on February 17, 1975, in Puerto Rico, submitted an application for, and was issued, an U.S. B1/B2 visa under the alias "Daniel Gomez DeLeon" with a birth date of December 17, 1978. In 2003, Jimenez Gomez obtained a U.S. passport in his real name. On July 9, 2014, Jimenez Gomez filed a U.S. passport renewal application. In the application, Jimenez Gomez put "NA NA" when answering the question "List all other names you have used." On February 22, 2022, Jimenez Gomez filed a U.S. passport application. In the application, Jimenez Gomez put "NA" when answering the question "List all other names you have used."

Following his extradition from the Dominican Republic, Jimenez Gomez

had his initial appearance in the Middle District of Florida on March 8, 2024. Attorney Laura M. Miranda represented Jimenez Gomez at this hearing. She also informed the court that she would be representing Jimenez Gomez for the entirety of his case. The case is currently set on the Court's June 2024 trial calendar.

The United States is in the process of preparing its initial discovery production.

**2.    Possibility of a plea agreement**

It is too early to assess the possibility of a plea agreement.

**3.    Number of days required for trial**

The United States expects that a trial would last approximately two to three days.

**4.    Pending motions**

None at this time.

**5.    Speedy trial issues**

No speedy trial issues at this time.

WHEREFORE, the United States respectfully requests that the Court take notice of the above.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Karyna Valdes
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-mail: karyna.valdes@usdoj.gov

U.S. v. JIMENEZ GOMEZ               Case No. 8:24-cr-88-SDM-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

/s/ *Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-mail: karyna.valdes@usdoj.gov